UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 6:25-CR-00189-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| ROBERTO CARLOS ROSALES-AMAYA (01) | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## ORDER

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After considering the official transcript (Rec. Doc. 32) and noting the defendant's waiver of any objections, the Court finds the plea is correct under applicable law.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Roberto Carlos Rosales-Amaya, is **ACCEPTED** and he is fully adjudged guilty of the offense charged in Count 1, consistent with the Report and Recommendation.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, on this 7th day of October, 2025.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE